Maurice PROCTOR, Appellant,

v.

WARDEN, MARYLAND
PENITENTIARY,
Appellee.

No. 76–8315.

United States Court of Appeals,
Fourth Circuit.

Submitted March 25, 1977.

Decided May 3, 1978.*

Maurice Proctor, appellant pro se.

Francis B. Burch, Atty. Gen. of Maryland, and John P. Stafford, Jr., Asst. Atty. Gen., Baltimore, Md., for appellee.

Before RUSSELL, WIDENER and HALL, Circuit Judges.

PER CURIAM:

A review of the record and of the district court's order discloses that this appeal from the order of the district court denying relief is without merit. Accordingly, the order is affirmed for the reasons stated by the district court. *Proctor v. Warden*, C/A No. M–75–1286, (D.Md., July 2, 1976).

*AFFIRMED.*